UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CELINA MUTUAL INSURANCE COMPANY, a member of a pool of companies known as Celina Insurance Group, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:18-cv-00045-WCL-SLC<br>) |
| JOHN WILLIAMS, SOUTH SIDE SERVICE, INC. d/b/a SOUTHSIDE MARATHON, JESSICA GOODWIN and SCOTT GOODWIN, individually and as guardian and next of friend of Jessica Goodwin, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Celina Mutual Insurance Company, a member of a pool of companies known as Celina Insurance Group, and Defendants, John Williams, South Side Service, Inc. d/b/a Southside Marathon, Jessica Goodwin and Scott Goodwin, individually and as guardian and next friend of Jessica Goodwin, by counsel, hereby stipulate and agree that all of Plaintiff's claims against Defendants are to be dismissed, with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

 /s/ Anna M. Mallon
Anna M. Mallon, Atty. No. 23693-49
Paganelli Law Group
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
Phone:    317.550.1855
Fax:    317.569.6016
E-Mail:    amallon@paganelligroup.com

*Counsel for Plaintiff, Celina Mutual Insurance Company, a member of a pool of companies known as Celina Insurance Group*

*/s/ J. Spencer Feighner*
J. Spencer Feighner, Atty No. 27099-02
HALLER & COLVIN, P.C.
444 East Main Street
Fort Wayne, IN 46802
Email: jsf@hallercolvin.com
***Counsel for Defendants John Williams and South Side Service, Inc. d/b/a Southside Marathon***


*/s/ John R. Helm*
John R. Helm, Atty No. 8512-30
SCHRECKENGAST & HELM
8007 South Meridian Street
Building 1, Suite 1
Indianapolis, IN 46217
***Counsel for Defendants Jessica Goodwin and Scott Goodwin***