UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CELINA MUTUAL INSURANCE COMPANY, a member of a pool of companies known as Celina Insurance Group, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:18-cv-00045-WCL-SLC ) |
| JOHN WILLIAMS, SOUTH SIDE SERVICE, INC. d/b/a SOUTHSIDE MARATHON, JESSICA GOODWIN and SCOTT GOODWIN, individually and as guardian and next of friend of Jessica Goodwin, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER OF DISMISSAL**

Plaintiff, Celina Mutual Insurance Company, a member of a pool of companies known as Celina Insurance Group, by counsel, and Defendants, John Williams, South Side Service, Inc. d/b/a Southside Marathon, Jessica Goodwin and Scott Goodwin, individually and as guardian and next friend of Jessica Goodwin, by counsel, have filed their Stipulation of Dismissal, agreeing that all of Plaintiff's claims against Defendants are to be dismissed, with prejudice, each party to bear its own costs and fees.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that all of Plaintiff's claims against Defendants are to be dismissed, with prejudice, each party to bear its own costs and fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED by this Court that the above-captioned cause of action is hereby dismissed, with prejudice.

Date:  October 2, 2019                  s/William C. Lee                                    
                                                          JUDGE, UNITED STATES DISTRICT COURT
                                                          NORTHERN DISTRICT OF INDIANA
                                                          FORT WAYNE DIVISION